UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:24-cv-06167-RGK-MAA**                                    Date: **December 10, 2024**

Title   **St. Michael Balzarini v. Ron Davis et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order Regarding Plaintiff's Failure to Reply to Court's Order to Show Cause (ECF No. 14)**

On October 4, 2024, the Court issued an Order to Show Cause Why Pauper Status Is Not Barred. ("OSC-1," ECF No. 14.)  The Court ordered Plaintiff to show cause by November 4, 2024 why 28 U.S.C. § 1915(g) did not bar pauper status in this action in light of Plaintiff having had more than three prior prisoner actions or appeals dismissed by a federal court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief could be granted.  (*Id*. at 1–2.)  The Court specified that Plaintiff's response to OSC-1 must clearly be labeled "RESPONSE TO ORDER TO SHOW CAUSE."  (*Id*. at 2.)  In the alternative to showing cause why pauper status should not be revoked, Plaintiff could avoid dismissal by paying the full filing fee of $405.00.  (*Id*.)

To date, Plaintiff has not filed a response to OSC-1 or paid the full filing fee.  Plaintiff is **ORDERED TO SHOW CAUSE** by **January 9, 2025** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order.  If Plaintiff files a response to OSC-1 on or before that date, this second Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.