1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>Plaintiff,<br><br>v.<br><br>RON DAVIS, et al.,<br><br>Defendants. | Case No. 2:24-cv-06167-RGK-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 15), and the Report and Recommendation of United States Magistrate Judge regarding Plaintiff's *in forma pauperis* status (ECF No.18). Further, the time for filing objections has expired and no objections have been made.

///
///
///
///
///
///

The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) Plaintiff's *in forma pauperis* status is **REVOKED**;

(3) Plaintiff must pay the full filing fee no later than thirty (30) days from the date of this Order or the case will be dismissed; and

(4) Plaintiff's request to join this action with *Balzarini v. Diaz*, No. 5:18-cv-01962-RGK (MAA) is **DENIED**.

DATED: 7/11/2025

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE