UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-06167-RGK-MAA | Date | September 22, 2025 |
|---|---|---|---|
| Title | St. Michael Balzarini v. Ron Davis, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION

On July 11, 2025, the Court revoked Plaintiff's in forma pauperis status. (ECF No. 23.) The Court ordered that Plaintiff pay the filing fee no later than August 10, 2025 or the case would be dismissed. (Id.) In light of Plaintiff's failure to pay the filing fee, the case is hereby DISMISSED.

IT IS SO ORDERED.

                                                                                    :
                                                        Initials of Preparer   JRE/gz/js